AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

SERVED

| | |
|---|---|
| SEAN MCCULLOUGH,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MAXIMUM TITLE LOANS, LLC,<br><br>*Defendant(s)* | Civil Action No. CV-19-717-PHX-JJT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maximum Title Loans, LLC
c/o Registered Agent
6720 North Scottsdale Road, Suite 261
Scottsdale, AZ 85253

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan C. Volheim, Admitted PHV
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                    _____
                                                          *Signature*

ISSUED ON 3:10 pm, Feb 04, 2019

## AFFIDAVIT OF SERVICE

| Case: | Court:<br>In The United States District Court District Of Arizona | County:<br>Maricopa | Job:<br>3053722 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Sean McCullough | | Defendant / Respondent:<br>Maximum Title Loans, LLC | |
| Received by:<br>All About Serving Process Server | | For:<br>R.O.S. Consulting Inc | |
| To be served upon:<br>Maximum Title Loans, LLC | | | |

I Darren Mays, declare under penalty of perjury that the foregoing is true and correct depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Maximum Title Loans, LLC, 8360 E Raintree Dr Suite 140, Scottsdale, AZ 85260

**Manner of Service:** Registered Agent, Feb 8, 2019, 10:15 am MST

**Documents:** Summons In A Civil Action, Complaint For Damages 1. Violation Of The Telephone Consumer Protection Act, 47 U.S.C. 227 ET SEQ, 2. Violation Of Intentional Infliction Of Emotional Distress, 3. Breach Of Contract Demand For Jury Trial,Notice To Parties - Mandatory Initial Discovery Project,General Order 17-08, Mandatory Initial Discovery Pilot Project Checklist,Order

**Additional Comments:**
1) Unsuccessful Attempt: Feb 8, 2019, 9:31 am MST at Maximum Title Loans, LLC c/o Registered Agent: 6720 N Scottsdale Rd, Paradise Valley, AZ 85253
Spoke with a receptionist who stated that Mark D Chester the statutory agent for Maximum Title Loans LLC is no longer at this location. The new address provided was 8360 E Raintree Dr # 140 Scottsdale AZ 85253.

2) Successful Attempt: Feb 8, 2019, 10:15 am MST at 8360 E Raintree Dr Suite 140, Scottsdale, AZ 85260 received by Maximum Title Loans, LLC. Age: 48; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 6'3"; Hair: Black; Eyes: Brown;
Personal service by hand delivering documents to Mark D Chester a Registered Agent authorized to accept service on behalf of Maximum Title Loans, LLC

**Fees:** $60.00  6720 N Scottsdale Rd, Paradise Valley, AZ 85253

$60.00 8360 E Raintree Dr # 140 Scottsdale AZ 85253

*Darren Mays* (signature)    02/08/2019

Darren Mays                            Date
#8614

All About Serving Process Server
625 W Southern Ave Suite E-128
Mesa, AZ 85210
480-809-5366