1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean McCullough, | NO. 2:19-cv-00717-JJT |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| Maximum Title Loans, LLC, | |
| Defendant. | |

Before the Court is the Defendant's Motion to Dismiss and all associated briefing. Based upon the pleadings and for good cause showing,

IT IS HEREBY ORDERED that the Motion is granted and Plaintiff's claim under the Telephone Consumer Protection Act is dismissed.

IT IS FURTHER ORDERED that, upon consideration of the relevant factors under the pendent jurisdiction doctrine, the Court declines to retain jurisdiction of Plaintiff's state-law claims, and therefore the remainder of Plaintiff's Complaint is dismissed without prejudice.

_____
Honorable John J. Tuchi

7511181.1